

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-19-00136-CV

**IN THE INTEREST OF J.M.L.T., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00621
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      The reporter's record was due March 18, 2019, but was not filed. On March 25, 2019, the court reporter filed a notification of late record requesting an extension of time. After consideration, we **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before April 8, 2019**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court